IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LISA C. TYLER and JAMES E. TYLER,<br><br>      Plaintiffs,<br><br>  vs.<br><br>CREDIT MANAGEMENT SERVICES, INC.,<br><br>      Defendant. | CASE NO. 8:12CV152<br><br>ORDER AND<br>FINAL JUDGMENT |

This matter is before the Court on the parties' Stipulations for Dismissal With Prejudice (Filing Nos. 17 and 18). The stipulations comply with the requirements of Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and the Court concludes that they should be approved. The Court will not asses costs or attorney fees in this case. Accordingly,

IT IS ORDERED:

1. The parties' Stipulations for Dismissal With Prejudice (Filing Nos. 17 and 18) are approved;

2. The claims the Plaintiffs assert in this case against the Defendant are dismissed with prejudice; and

3. The Court will not assess costs or attorney fees in this case.

Dated this 8th day of March, 2013.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge